```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

RALPH CLAY WALSH, JR. §
§
VS. § ACTION NO. 4:17-CV-323-Y
§
LISA HODGE, ET AL. §

<u>ORDER STAYING AND CLOSING CASE PENDING INTERLOCUTORY APPEAL</u>
(With Special Instructions to the Clerk of the Court)

On July 11, 2019, Defendants filed a notice of appeal as to this Court's recent order partially granting and partially denying their summary-judgment motion. In an effort to efficiently manage this Court's docket, the Court concludes that all proceedings in this case should be and hereby are STAYED, and this case is ADMINISTRATIVELY CLOSED, pending the United States Court of Appeals for the Fifth Circuit's final decision and issuance of mandate regarding the interlocutory appeal. Either party may move to reopen this case no later than thirty days after the Fifth Circuit's issuance of mandate. *Cf. Prior Products, Inc. v. Southwest Wheel-NCL Co.*, 805 F.2d 543, 544 (5th Cir. 1986).

The clerk of the Court shall note this closing on the Court's docket.

SIGNED August <u>9</u>, 2019.

*[signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE