RECEIVED
MAR 23 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 23, 2021

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 19-10785    Walsh v. Hodge
                            USDC No. 4:17-CV-323 —A

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order denying certiorari.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            /s/ Stacy Carpenter
                          By: _____
                          Stacy M. Carpenter, Deputy Clerk

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court.
(202) 479-3011

March 22, 2021

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Ralph Clay Walsh, Jr.
v. Lisa Hodge, et al.
No. 20-1128
(Your No. 19-10785)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

U.S. COURT OF APPEALS
RECEIVED
MAR 22 2021
FIFTH CIRCUIT